Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff,
**LASANDRA PRICE**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASANDRA PRICE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FONTANA CAPITAL LLC, a California limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 5:21-cv-00180-JWH-SP<br><br>Hon. John W. Holcomb<br><br>**PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT FONTANA CAPITAL LLC**<br><br>Date:    July 23, 2021<br>Time:    9:00 a.m.<br>Courtroom: 2 |

To Defendant Fontana Capital LLC, and its attorney of record: Please take notice that on July 23, 2021, at 9:00 a.m., or as soon thereafter as this matter may be heard by this Court located at 3470 12th St., Riverside, CA 92501, Plaintiff LaSandra Price will present her application for default judgment against Defendant Fontana Capital LLC. The Clerk has previously entered the default on Defendant Fontana Capital LLC, on April 29, 2021.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant Fontana Capital LLC is not a minor or incompetent person or in military service or otherwise exempted under the Solider and Sailor's Civil Relief Act of 1940; (2) Defendant has not responded in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks a judgment in the amount of $16,000 in statutory damages under the Unruh Civil Rights Act and an Order directing the Defendant to provide, within one hundred eighty (180) days, accessible parking, compliant signage regarding accessible parking, accessible exterior paths of travel, compliant signage regarding accessible exterior paths of travel, accessible ramps, accessible transaction counters, and accessible entrances into the buildings/businesses at the property located at or about 13655 and 13677 Foothill Blvd., Fontana, CA 92335. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original application for default judgment by court was served on Fontana Capital LLC, on May 26, 2021, by first class United States Mail, postage prepaid.

//

Dated: June 24, 2021          THE LAW OFFICE OF HAKIMI & SHAHRIARI

                                By: /s/Anoush Hakimi
                                     Anoush Hakimi, Esq.
                                     Attorneys for Plaintiff LaSandra Price